**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KRISTA C. BRENNAN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-CV-1560 |
| | : | |
| PHILLIP J. CANNELLA, III, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 12th day of May, 2015, upon consideration of
Defendants' Motion for Summary Judgment (Doc. No. 19), Plaintiff's
Response in Opposition thereto (Doc. No. 21), and Defendants' Reply
in Further Support thereof (Doc. No. 22), and for the reasons given
in the attached memorandum, it is hereby ORDERED that the Motion is
GRANTED IN PART and DENIED IN PART. Claims III, IV, and V are
hereby DISMISSED. The remaining claims may proceed to trial.


                                        BY THE COURT:



                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER, J.